UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



THOMAS C. ARMSTRONG

VERSUS

ALVIN TURNER, JUDGE, ET AL

CIVIL ACTION

NO. 06-857-A

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby (doc. 6) dated February 1, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, shall be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§1915 and 1915A.

Baton Rouge, Louisiana, March 28, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA