UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 MAR 28 P 4: 01

SIGN
DEPUTY CLERK

JOSEPH MICHAEL ANDREWS
(#488278)

CIVIL ACTION

VERSUS

NO. 06-857-A

PAROLE BOARD OF LOUISIANA

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland (doc. 8) dated February 28, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, shall be dismissed, with prejudice, as legally frivolous pursuant to 42 U.S.C. § 1983, at least until the conditions set forth in Heck v. Humphrey, supra, are met.

Baton Rouge, Louisiana, March 28, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA